**FILED**

07/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0006

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0006

_____

IN RE THE MARRIAGE OF:

JOHNETTE GAY JONES WATKINS,

Petitioner and Appellant,

and

CHARLES EDWARD WATKINS,

Respondent and Appellee.

_____

ORDER

Upon counsel for Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant's reply brief shall be filed on or before July 28, 2021.

No further extensions will be granted.

DATED this 9th day of July, 2021.

For the Court,

_____
Chief Justice